ROB 12C
(7/93)

Report Date: August 16, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darcy Russell                  Case Number: 2:11CR00006P-001

Address of Offender:        Colville, WA  99114

Name of Sentencing Judicial Officer:  The Honorable Cynthia Imbrogno, US Magistrate Judge

Date of Original Sentence: 12/5/2011

| | |
|---|---|
| Original Offense: | Possession of Controlled Substance at a National Recreation Area, 36 U.S.C. § 2.35(b)(2) |
| Original Sentence: | Prison - 60 days (suspended)   Type of Supervision: Probation  Fine - $1,000 (suspended)  Probation - 12 Months |
| Asst. U.S. Attorney: | Tyler Tornabene        Date Supervision Commenced: 12/5/2011 |
| Defense Attorney: | Matthew A. Campbell      Date Supervision Expires: 12/4/2012 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 & 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.
 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: On July 18, 2012, Ms. Russell submitted a urine sample that tested presumptive positive for the presence of methamphetamine. On July 26, 2012, laboratory confirmation was received indicating that Ms. Russell's urine contained methamphetamine.
 | On July 20, 2012, Ms. Russell submitted a urine sample that tested positive for the presence of methamphetamine. On August 1, 2012, laboratory confirmation was received indicating that Ms. Russell's urine contained methamphetamine.

RECEIVED
U.S. DISTRICT COURT

AUG 1 6 2012

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

Prob12C
Re: Russell, Darcy
August 16, 2012
Page 2

On August 2, 2012, Ms. Russell submitted a urine sample that tested presumptive positive for methamphetamine. On August 10, 2012, the laboratory confirmation was received indicating her urine contained amphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/16/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

08-16-2012
Date